IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| QUINDARRIUS TARRANCE,         )<br>                              )<br>     Petitioner,             )<br>                              )<br>     v.                       )<br>                              )<br> JOHN CROW, Warden, et al.,   )<br>                              )<br>     Respondents.             ) | CIVIL ACTION NO.<br>   2:22cv402-MHT<br>        (WO) |

## OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the § 2254 petition be dismissed without prejudice because petitioner has failed to exhaust state remedies.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of December, 2022.

                                    /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**